**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02705-NYW

STANLEY FOOTE,

      Petitioner,

v.

T.K. RHODES-COZZA, USP Florence,

      Respondent.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING
DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM**

---

      This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

      IT IS ORDERED:

      1.    The court shall hold a Status Conference on:

**March 10, 2016 at 3:30 p.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b). Petitioner or his Case Manager is directed to contact Judge Wang's Chambers at (303) 335-2600 at the designated time.

      2.    The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**February 25, 2016**

      3.    **Plaintiff and his case manager shall contact the court by telephone at (303) 335-2600 at the designated date and time in order to participate**. The Clerk of Court is directed to mail a copy of this Minute Order to:

CASE MANAGER for Stanley Foote #28021-050
Florence High
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226

DATED: February 5, 2016             BY THE COURT:


                                    s/Nina Y. Wang_____
                                    United States Magistrate Judge